**UNITED STATES of America,**
**Appellant,**

v.

**Anthony A. ANDERSON,**
**Defendant–Appellee.**

No. 03–1783.

United States Court of Appeals,
Second Circuit.

Feb. 28, 2005.

Max Minzner, Assistant United States Attorney, for Roslynn R. Mauskopf, United States Attorney for the Eastern District of New York (Emily Berger, on the brief), for Appellant.

Steven M. Statsinger, Legal Aid Society, New York, NY, for Defendant–Appellee.

Present: KEARSE, CALABRESI, Circuit Judges, and RAKOFF, District Judge.*

## SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the case be and it hereby is **REMANDED.**

In light of the Supreme Court's decision in *United States v. Booker*, — U.S. —, 125 S.Ct. 738, — L.Ed.2d — (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 103 (2d Cir.2005), this case is remanded to the district court for further proceedings in conformity with *Crosby*.

Any appeal taken from the district court following this remand and resentencing, if it occurs, can be initiated only by filing a new notice of appeal. See Fed. R.App. P. 3, 4(b).

A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.